**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-6893**

---

FAISAL ALI,

        Petitioner - Appellant,

    v.

WARDEN R. BROWN,

        Respondent - Appellee.

---

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  John Preston Bailey, District Judge.  (5:23-cv-00240-JPB)

---

Submitted:  November 6, 2023                    Decided:  February 8, 2024

---

Before WYNN and BENJAMIN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Faisal Ali, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Faisal Ali, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice for failure to exhaust administrative remedies Ali's 28 U.S.C. § 2241 petition, in which Ali challenged the execution of his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Ali v. Brown*, No. 5:23-cv-00240-JPB (N.D.W. Va. Aug. 15, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*